**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Tony Deangelo MCLAUGHLIN,**
**Defendant—Appellant.**

No. 05–7552.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: March 3, 2006.

Tony Deangelo McLaughlin, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Deangelo McLaughlin seeks to appeal the report and recommendation of a magistrate judge, issued on September 13, 2005. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order McLaughlin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*